UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JEREMY KRAUSSLACH,

        Plaintiff,

      v.                                           Case No. 22-C-441

RESTORATION HOLDINGS INC. and
TODD FRANK,

        Defendants.

---

## ORDER

---

Plaintiff Jeremy Krausslach and Defendants Restoration Holdings Inc. and Todd Frank have entered into a full settlement as to Plaintiff's claims and have requested court approval of their settlement agreement with respect to Plaintiff's Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et seq.*, claims. The court has reviewed the settlement agreement attached to the joint motion for approval and hereby finds that the settlement represents a fair and reasonable resolution of the bona fide dispute over the alleged violations of the FLSA.

**IT IS THEREFORE ORDERED** that the joint motion for approval of settlement (Dkt. No. 37) is **GRANTED**. Within thirty (30) days from the date of this order, counsel shall file a stipulation of dismissal. Failure to comply with this order may result in dismissal with prejudice pursuant to Civil Local Rule 41(c) for failure to prosecute this action in a timely manner. Additional time to complete the execution of the settlement document may be granted if requested in writing prior to the expiration of this time period.

Dated at Green Bay, Wisconsin this 12th day of September, 2023.

                                                                s/ William C. Griesbach
                                                                William C. Griesbach
                                                                United States District Judge